AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

JAMES A. BOYD,

                Plaintiff,

                                            **JUDGMENT IN A CIVIL CASE**

                v.

DAN PACHOLKE, KEVIN BOWEN, LORI MILLER,
LT. STEVE BARKER AND SGT MEYER,        CASE NUMBER: CV-11-5106-EFS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Motion for Dismissal is GRANTED. The Complaint is DISMISSED WITHOUT PREJUDICE.

August 23, 2011                                       JAMES R. LARSEN
*Date*                                                  *Clerk*

                                                        s/ Renea Ferrante
                                                        *(By) Deputy Clerk*
                                                       Renea Ferrante